

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2019

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC,** dba CaptureRX,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

## O R D E R

Sitting:   Sandy Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court